UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CURTIS BULLOCK,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
03-CV-5094 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 20, 2005, directing that the case be remanded to the Commissioner for further proceedings consistent with the Court's oral ruling, for the reasons stated on the record on May 20, 2005; it is

ORDERED and ADJUDGED that judgment is hereby entered remanding the case to the Commissioner for further proceedings consistent with the Court's oral ruling, for the reasons stated on the record on May 20, 2005.

Dated: Brooklyn, New York
       May 23, 2005

                                         /s/
                            ROBERT C. HEINEMANN
                            Clerk of Court